**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY** | **CASE NO. 3:06 CV 909** |
| **PLAINTIFF** | **(JUDGE DAVID A. KATZ)** |
| v. | |
| **LEXMARK INTERNATIONAL, INC. Et al.** | |
| **DEFENDANTS** | |

### **STIPULATION OF DISMISSAL**

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action without prejudice pursuant to the Federal Rules of Civil Procedure 41 (a)(1).

Respectfully submitted,

IT IS SO ORDERED

/s/ David A. Katz
_____
Senior Judge, US District Court

/s/ Mark R. Chilson_____
Mark R. Chilson
Bricker & Eckler LLP
9075 Centre Pointe Drive
Suite 440
West Chester, Ohio 45069-4891
(513) 870-6570
Trial Attorney for Plaintiff
Supreme Court Registration 0016511

1711120v1

/s/ David G. Jennings  
David G. Jennings (0040487)  
Jessica K. Walls (0076761)  
Isaac, Brant, Ledman & Teetor, LLP  
250 East Broad Street  
Columbus, Ohio 43215  
(614) 221-2121  
Trial Attorney for Defendant, Lexmark  
    International, Inc.

/s/ Richard S. Walinksi  
Richard S. Walinski (0013054)  
Cooper & Walinski  
900 Adams Street  
Toledo, Ohio 43624  
(419) 241-1200  
Trial Attorney for Defendant, Dell, Inc.